# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**724**
**CAF 14-00295**
PRESENT: CENTRA, J.P., PERADOTTO, LINDLEY, VALENTINO, AND DEJOSEPH, JJ.

---

IN THE MATTER OF ANDREA E. RAFFERTY,
PETITIONER-RESPONDENT,

V                                                                    ORDER

MICHAEL J. RAFFERTY, RESPONDENT-APPELLANT.
-------------------------------------------
IN THE MATTER OF MICHAEL J. RAFFERTY,
PETITIONER-APPELLANT,

V

ANDREA E. RAFFERTY, RESPONDENT-RESPONDENT.
-------------------------------------------
IN THE MATTER OF ANDREA E. RAFFERTY,
PETITIONER-RESPONDENT,

V

MICHAEL J. RAFFERTY, RESPONDENT-APPELLANT.

---

JOHN J. RASPANTE, UTICA, FOR RESPONDENT-APPELLANT AND PETITIONER-APPELLANT.

DOUGLAS M. DEMARCHÉ, JR., ATTORNEY FOR THE CHILD, NEW HARTFORD.

---

Appeal from an order of the Family Court, Oneida County (Julia M. Brouillette, R.), entered October 28, 2013 in a proceeding pursuant to Family Court Act articles 6 and 8. The order, inter alia, awarded Andrea E. Rafferty sole custody of the subject child.

It is hereby ORDERED that the order so appealed from is unanimously affirmed without costs.

Entered: June 12, 2015                          Frances E. Cafarell
                                                Clerk of the Court